**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7040**

_____

MATTHEW JOHNSON,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CR-98-76, CA-01-17-4)

_____

Submitted:  August 23, 2001          Decided:  September 5, 2001

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Matthew Johnson, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Matthew Johnson appeals the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Johnson v. United States, Nos. CR-98-76; CA-01-17-4 (E.D. Va. Mar. 19 & Apr. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2